# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Keith H. Peters

Debtor(s)

Case No.:  07 B 20768

Chapter:  13

Judge Jack B. Schmetterer

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:**  Tom Vaughn, Chapter 13 Trustee, 200 S. Michigan Ave., Suite 1300, Chicago, IL 60604-
Keith H. Peters, Debtor(s), 853 Mackinaw, Calumet City, IL 60409
Marcie Venturini, Attorney for Debtor(s), 407 S. Dearborn St. Suite 400, Chicago, IL 60605

You are hereby notified that HOMECOMINGS FINANCIAL LLC AS SERVICING AGENT FOR RESCAP MORTGAGE has made post-petition advances of $1,000.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

You are hereby notified that debtor(s) is(are) due to HOMECOMINGS FINANCIAL LLC AS SERVICING AGENT FOR RESCAP MORTGAGE for the post petition mortgage payment due 04/01/2008 as stated in Motion for Relief filed with the Court on 12/04/2008.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 02/01/2009, HOMECOMINGS FINANCIAL LLC AS SERVICING AGENT FOR RESCAP MORTGAGE's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on January 8, 2009.

   /s/ Gloria Tsotsos
   Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-07-R915)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.